IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN CATON LEE, #242755, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:12cv008-WHA |
| | ) | |
| KENNY HARDIN, SHERIFF, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #8), entered on February 17, 2012, together with the Plaintiff's Objection (Doc. #9), filed on March 6, 2012.

The court has conducted an independent evaluation and *de novo* review of this file. Having done so, the court finds that the objection is without merit.

The Plaintiff objects to the Magistrate Judge acting without consent of the parties. This court, acting pursuant to 28 U.S.C. § 636(b)(1)(B), has designated its magistrate judges to consider cases of this type and to submit recommendations for disposition to the assigned district judge. That is what happened in this case, and the court agrees with the Magistrate Judge's finding that this suit is barred by the applicable statute of limitations, as shown on the face of the Complaint. Therefore, Plaintiff's objection is OVERRULED, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is DISMISSED prior to service of process pursuant to 28 U.S.C. 21 1915(e)(2)(B)(i), as the claims presented are filed outside the relevant two-year

period of limitation.

DONE this 3rd day of May, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE